UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KNOPP NEUROSCIENCES INC., <br><br>                     Plaintiff, <br><br>       v. <br><br> BIOGEN IDEC INTERNATIONAL HOLDING LTD., <br><br>                     Defendant. | Civil Action No.  1:13-cv-10386-NMG |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Knopp Neurosciences Inc. ("Knopp") and Defendant Biogen Idec International Holding Ltd. ("Biogen Idec") (collectively the "Parties"), hereby agree and stipulate to the dismissal of this action on the following terms:

1)      All claims asserted by Knopp against Biogen Idec in this action are dismissed with prejudice;

2)      All pending motions are withdrawn, including a)  Knopp's Motion to Compel Arbitration of Count IV of the Second Amended Complaint and to Stay Counts I, II, and III (ECF No. 92), and b)  Biogen Idec's Motion for Fees and Expenses Incurred in Defending Against Knopp's Claim for Biosamples Collected by Biogen Idec in the EMPOWER Trial (ECF No. 83);

3)      Each of the Parties shall bear its own costs, expenses, and attorneys' fees in connection with this action.

Each of the Parties expressly waives any right of appeal.

KNOPP NEUROSCIENCES INC.

BIOGEN IDEC INTERNATIONAL
HOLDING LTD.

*/s/ John C. Hansberry*
John C. Hansberry (Pa. ID No. 74721)
PEPPER HAMILTON, LLP
Suite 5000
500 Grant Street
Pittsburgh, Pennsylvania 15219-2507
Telephone (412) 454-5051
Fax  (412) 238-0717
(*admitted pro hac vice*)

Lana L. Gladstein (BBO #648164)
PEPPER HAMILTON, LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
Telephone (617) 204-5100
Fax (617) 204-5150


*/s/ Marco J. Quina*
Donald R. Ware (BBO #516260)
Sarah Cooleybeck (BBO #631161)
Marco J. Quina (BBO #661660)
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone (617) 832-1000
Fax (617) 832-7000


Dated:  March 12, 2014

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of March, 2014, the foregoing was electronically filed with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ John C. Hansberry*